IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.  NO. 12-cr-30059-DRH-DGW

RONALD WASHINGTON, JR.,

Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On September 25, 2012, this court entered an order for forfeiture against defendant Ronald Washington, Jr. for the following property which had been seized from the defendant:

**$40,391.00 in United States Currency seized from Defendant Ronald Washington, Jr. on August 5, 2011.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning December 18, 2012, and ending January 16, 2013, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on September 25, 2012, namely:

**$40,391.00 in United States Currency seized from Defendant Ronald Washington, Jr. on August 5, 2011.**

The United States Marshal shall dispose of the property according to law.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.22
11:06:07 -05'00'

**Chief Judge**
**United States District Court**